**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC., *Plaintiffs*, v. DAVID CHIU and the CITY AND COUNTY OF SAN FRANCISCO, *Defendants*. | Civil Action No._____ |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. AND INCOMM FINANCIAL SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Plaintiffs Interactive Communications International, Inc. ("ICI") and InComm Financial Services, Inc. ("IFS" and together with ICI, "Plaintiffs") hereby provide this Certificate of Interested Persons and Corporate Disclosure Statement.

(1)     The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of all parties in this action, including any parent

1

corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:

  <u>Plaintiffs</u>:  Interactive Communications International, Inc.
        InComm Financial Services, Inc.

  <u>Defendants</u>:  David Chiu
        City and County of San Francisco

ICI and IFS are affiliated companies. ICI is a wholly-owned subsidiary of HI Technology Corp. IFS is a wholly-owned subsidiary of PRE Holdings, Inc., which in turn is a wholly-owned subsidiary of HI Technology Corp. HI Technology Corp has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**PRE Holdings, Inc.**

**HI Technology Corp**

(3)    The undersigned further certifies that the following is a full and complete list of all persons identified as attorneys in the proceeding:

**For Plaintiffs Interactive Communications International, Inc. and InComm Financial Services, Inc.:**

James W. Cobb
Sarah Brewerton-Palmer
Alan M. Long
**CAPLAN COBB LLC**

Jane Metcalf
**PATTERSON BELKNAP WEBB & TYLER LLP**

(4)    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Not applicable because the subject-matter jurisdiction of this action is not based on diversity jurisdiction.**

Dated:  November 20, 2024

                                              Respectfully submitted,

                                              */s/ James W. Cobb*
                                              James W. Cobb
                                              Georgia Bar No. 420133
                                              Sarah Brewerton-Palmer
                                              Georgia Bar No. 589898
                                              Alan M. Long
                                              Georgia Bar No. 367326
                                              **CAPLAN COBB LLC**

75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel:   (404) 596-5600
Fax:   (404) 596-5604
*jcobb@caplancobb.com*
*spalmer@caplancobb.com*
*along@caplancobb.com*

Jane Metcalf
 (*pro hac vice* forthcoming)
**PATTERSON BELKNAP WEBB &
 TYLER, LLP**
1133 Avenue of the Americas
New York, NY 10036
Tel:   (212) 336-2000
jmetcalf@pbwt.com

*Attorneys for Plaintiffs*