Patterson Belknap Webb & Tyler LLP 1133 Avenue Of The Americas New York, NY 10036-6710

| | |
|---|---|
| Client's File No.: | I0003-012 |
| Index Number: | 1:24-cv-5335 |
| Date Filed: | November 20, 2024 |
| Court Date: | |

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

*INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC.,*

*Plaintiff*

*vs*

*DAVID CHIU; CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,*

*Defendant*

STATE OF  CALIFORNIA  COUNTY OF  SAN FRANCISCO  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of  California

That on the following date:  November 21, 2024, at the following time:  3:45 PM,
at  1 DR. CARLTON B. GOODLETT PLACE, OFFICE #200, SAN FRANCISCO, CA 94102  deponent served the within Summons in a Civil Action, Complaint (Jury Trial Demanded), Certificate of Interested Persons and Corporate Disclosure Statement of Interactive Communications International, Inc. and InComm Financial Services, Inc., and Civil Cover Sheet

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon:  **DAVID CHIU**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with  Jocelyn Jackson,  Administrator (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**
Sex: Female    Color of skin: Black    Color of hair: Black    Age: 36 - 50 Yrs.    Height: Sitting
Weight: 161-200 Lbs.    Other Features: Glasses

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on  December 4, 2024.

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of  $.

[X] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on _____

*signature: Punam Kumar*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Punam Kumar

PROCESS SERVER LICENSE #  1554

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*    Work Order #  1492924

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of SAN FRANCISCO

Subscribed and sworn (or affirmed) to before me this 5 day of DECEMBER, 2024, by

Punam Kumar

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

MAHESH BHAGAT
COMM. #2418448
Notary Public - California
San Francisco County
My Comm. Expires Sep. 25, 2026