PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710

## AFFIDAVIT OF SERVICE

Client's File No.: I0003-012
Index Number: 1:24-cv-5335
Date Filed: November 20, 2024

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA



*INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC.,*

*Plaintiff*

vs

*DAVID CHIU; CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,*

*Defendant*

STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of California

That on the following date: November 21, 2024, at the following time: 3:34 PM,

at 1 DR. CARLTON B. GOODLETT PLACE, OFFICE #200, SAN FRANCISCO, CA 94102 deponent served the within

Summons in a Civil Action, Complaint (Jury Trial Demanded), Certificate of Interested Persons and Corporate Disclosure Statement of Interactive Communications International, Inc. and InComm Financial Services, Inc., and Civil Cover Sheet

[X] Papers so served were properly endorsed with the Index Number and date of filing.

Upon: CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA.

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed First Class mail to the above address on

[X] **Corporation LLC / LLP** — By delivering to and leaving with Jocelyn Jackson said individual to be Administrator who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Female   Color of skin: Black   Color of hair: Black   Age: 36 - 50 Yrs.   Height: Sitting
Weight: 161-200 Lbs.   Other Features:

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on _____

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Punam Kumar
PROCESS SERVER LICENSE # 1554

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*

**Work Order # 1492532**

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _SAN FRANCISCO_

Subscribed and sworn (or affirmed) to before me this _5_ day of _DECEMBER_, 2024, by

Punam Kumar

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _[signature]_

MAHESH BHAGAT
COMM. #2418448
Notary Public - California
San Francisco County
My Comm. Expires Sep. 25, 2026