# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID CHIU and the CITY AND COUNTY OF SAN FRANCISCO, <br><br> *Defendants*. | Civil Action No. <br> 1:24-CV-05335-VMC |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiffs' Consent Motion for Extension of Deadlines. At the request of Defendants, who have not yet retained counsel in the District, Plaintiffs request an order on behalf of both parties extending the deadline for Defendants to respond to the Complaint and establishing a briefing schedule for any motion to dismiss filed by Defendants. Having considered the motion, the fact that the Defendants consent to the relief requested, and for good cause shown, the motion is **GRANTED**. It is **ORDERED** that the deadline for Defendants to respond to Plaintiffs' Complaint is extended up to and including

February 12, 2025. If Defendants move to dismiss, Plaintiffs shall have up to and including March 26, 2025 to respond. Defendants may submit a reply in support of their motion to dismiss on or before April 16, 2025.

   Entered this __ day of December, 2024.

 

                                                                              _____
                                                                              Victoria M. Calvert
                                                                              United States District Judge