IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID CHIU and the CITY AND COUNTY OF SAN FRANCISCO, <br><br> *Defendants*. | Civil Action No. 1:24-cv-05335-VMC |

## ORDER

Before the Court is a Consent Motion for Extension of Page Limits presented by Defendants with the stipulation and consent of Plaintiffs. Finding good cause therein, the Court **GRANTS** the motion. Defendants may submit a motion to dismiss on February 12, 2025 not to exceed 35 pages. Plaintiffs may file an opposition to the motion to dismiss not to exceed 35 pages.

**IT IS SO ORDERED** this  7th   day of February, 2025.

_____
Hon. Victoria M. Calvert
United States District Judge