

JAMES W. COBB
Direct Dial: 404.596.5601
jcobb@caplancobb.com

March 3, 2025

**BY CM/ECF**

Honorable Victoria M. Calvert
Attn: Courtroom Deputy
2125 Richard B. Russell Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**Re:**   **Leave of Absence for James W. Cobb**
*Interactive Communications International, Inc., et al. v. David Chiu, et al.;* **U.S. District Court, NDGA; Civil Case No. 1:24-cv-05335-VMC**

Dear Courtroom Deputy:

I am counsel for Plaintiffs InComm Financial Services, Inc. and Interactive Communications International, Inc. in the above-referenced civil action. Pursuant to Local Rule 83.1(E)(4), I am hereby requesting a leave of absence to tend to personal and/or business matters. The periods of time during which I intend to be away from the practice of law are as follows:

- April 4, 2025 – April 11, 2025
- May 20, 2025 – May 23, 2025
- June 2, 2025 – June 6, 2025
- June 30, 2025 – July 3, 2025
- August 19, 2025 – August 22, 2025
- September 22, 2025 – September 26, 2025

I respectfully request that no hearings, trials, conferences or other appearances be calendared during this time frame.

Honorable Victoria M. Calvert
Attn: Courtroom Deputy
March 3, 2025
Page 2 of 2

Thank you for your consideration of this matter.

Best regards.

                                               Very truly yours,

                                               */s/ James W. Cobb*
                                               James W. Cobb
                                               Georgia Bar No. 420133
                                               **CAPLAN COBB LLC**
                                               75 Fourteenth Street NE, Suite 2700
                                               Atlanta, Georgia 30309
                                               Tel: (404) 596-5600
                                               Fax: (404) 596-5604
                                               *jcobb@caplancobb.com*

JWC/bml
cc:     Counsel of Record (*by CM/ECF only*)