**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. and INCOMM FINANCIAL SERVICES, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID CHIU and the CITY AND COUNTY OF SAN FRANCISCO, <br><br> *Defendants*. | Civil Action No. 1:24-cv-05335-VMC |

## LEAVE OF ABSENCE

Pursuant to Local Rule 83.1, NDGa, Lauren A. Warner hereby notifies the court that she will be away from the practice of law, April 23 – April 24, 2025 (conference) and June 10 – June 17, 2025 (family chaperone for international student travel).

Accordingly, Ms. Warner respectfully request the Court not schedule proceedings for this matter during the requested time period.

Respectfully submitted, this 20th day of March, 2025.

                                                  */s/Lauren A. Warner*
                                                  Lauren A. Warner
                                                  Georgia Bar. No. 425769
                                                  Sanjay S. Karnik*
                                                  Illinois Reg. No. 6300156
                                                  Brandi Z. Murrain
                                                  Georgia Bar No. 167467
                                                  CHILIVIS GRUBMAN LLP

- 2 -

                1834 Independence Square
                Atlanta, GA 30338
                Tel: (404) 233-4171
                Fax: (404) 261-2842
                lwarner@cglawfirm.com
                skarnik@cglawfirm.com
                bmurrain@cglawfirm.com

*Attorneys for Defendants David Chiu and the City and County of San Francisco*

*Pro Hac Vice forthcoming*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing LEAVE OF ABSENCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 20th day of March, 2025.

                                              */s/ Lauren A. Warner*
                                              Lauren A. Warner